1  Patrick J. Mulligan
   The Law Offices of Patrick J. Mulligan
2  4514 Cole Ave. Suite 300
   Dallas, Texas 75205
3  Phone: 214-219-9779
   Facsimile: 214-520-8789
4  Attorneys for Plaintiff

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>KAREN BALLARD et. al.,<br><br>Plaintiff,<br>v.<br><br>MERCK & CO., INC.,<br>PFIZER INC., and PHARMACIA &<br>UPJOHN COMPANY, LLC. | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF[S] WITH PREJUDICE** |

(Case No. 06-5944 CRB)

20  Come now all remaining Plaintiff in this action, including <u>but not limited</u> to Karen
21  Ballard, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of
22  Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice,
23  with each side bearing its own attorneys' fees and costs.

24

25

26

27

28

-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

| | | |
|---|---|---|
| 1 | DATED: 12/11, 2009 | By: _____ |

The Law Offices of Patrick J. Mulligan
4514 Cole Ave., Suite 300
Dallas, Texas 75205
Phone: 214-219-9779
Facsimile: 214-520-8789

*Attorneys for Plaintiff*

DATED: April 15, 2010      By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: May 11, 2010      _____
Hon. Charles R. Breyer
United States District Court